IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DEVON MILLER, | 1:12-cv-01818-LJO-SAB (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE |
| vs. | |
| GREG LEWIS, Warden, | (DOCUMENT #15) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On January 10, 2013, Respondent filed a motion to extend time to file responsive pleading.  Good cause having been presented to the court,

IT IS HEREBY ORDERED that Respondent is granted thirty days from the date of service of this order in which to file a response.

IT IS SO ORDERED.

Dated:   **January 14, 2013**              /s/ **Stanley A. Boone**
                                        UNITED STATES MAGISTRATE JUDGE